DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DYLAN JOSEPH RIVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-2054

_____

May 3, 2024

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Howard L. Dimmig, II, Public Defender, and Caroline Joan S. Picart, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


KELLY, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.